UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEMOND MARTIN,** | ) |
| Petitioner, | ) No. CV 09-9040-R(AJW) |
| v. | ) |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _Jan. 5, 2010__

_____
Manuel L. Real
United States District Judge